UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

                        Plaintiff
  v.
                                          10-CV-1046S

$5,000 UNITED STATES CURRENCY,

                        Defendant

## ORDER FOR SETTLEMENT AND FORFEITURE

Based upon the Stipulation for Settlement and Forfeiture previously filed in the above captioned litigation and after review and due deliberation, it is hereby

ORDERED, that the defendant $5,000 United States currency is hereby forfeited to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6), and shall be disposed of by the United States Marshals Service according to law.

DATED: Buffalo, New York, December 18, 2012.

                                                s/William M. Skretny
                                                WILLIAM M. SKRETNY
                                                      Chief Judge
                                             United States District Court